IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                    Case Nos.:  3:12cr31/MCR/EMT
                                                   3:19cv573/MCR/EMT

MARQUISE DEMETRIS JENKINS

---

## REPORT AND RECOMMENDATION

This matter is before the court upon Defendant Marquise Demetris Jenkins'
counseled "Unopposed Motion to Dismiss Without Prejudice" (ECF No. 220).

In April of 2019, Jenkins filed a motion pursuant to 28 U.S.C. § 2255 seeking
relief from his conviction for using a firearm during and in relation to a crime of
violence in light of *Sessions v. Dimaya,* 138 S. Ct. 1204 (2018) (ECF No. 209).
Jenkins also requested the court hold his case in abeyance pending the Supreme
Court's then-forthcoming decision in *United States v. Davis*, 139 S. Ct. 2319 (2019).
The undersigned granted that request (ECF Nos. 211, 216.)

The Supreme Court subsequently held in *Davis* that the residual clause of 18
U.S.C. § 924(c)(3) is unconstitutionally void for vagueness.   *Id.* at 2336.   Jenkins
believes that, despite the elimination of the residual clause in *Davis*, Eleventh Circuit
precedent forecloses an argument that the underlying offense of carjacking does not
qualify as a crime of violence according to the still-valid force/elements clause, 18

U.S.C. § 924(c)(3)(A).    He therefore seeks dismissal of the instant motion without

prejudice.    The Government does not object.

Good cause having been shown, Defendant Jenkins's request should be

granted, and his § 2255 motion should be dismissed without prejudice.[1]

Based on the foregoing, it is respectfully **RECOMMENDED**:

1.    Defendant Jenkins's "Unopposed Motion to Dismiss without Prejudice"

(ECF No. 220) be **GRANTED,** and

2.    Defendant Jenkins's Motion to Vacate, Set Aside or Correct Sentence

(ECF No. 209) be **DISMISSED without prejudice**.

At Pensacola, Florida, this 27th day of August 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Dismissal without prejudice means only that a subsequently filed § 2255 motion would not be deemed "second or successive."    It does not provide a means to circumvent any applicable statute of limitations.

Case Nos.: 3:12cr31/MCR/EMT; 3:19cv573/MCR/EMT

## <u>NOTICE TO THE PARTIES</u>

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.** <u>**Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**</u> **A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**