# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NOS.: 3:12cr31/MCR/EMT
　　　　　　　　　　　　　3:19cv573/MCR/EMT

MARQUISE DEMETRIS JENKINS

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 27, 2019. ECF No. 223. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Jenkins's "Unopposed Motion to Dismiss without Prejudice", ECF No. 220, is **GRANTED**.

3. Defendant Jenkins's Motion to Vacate, Set Aside or Correct Sentence, ECF No. 209, is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 30th day of September 2019.

       s/ *M. Casey Rodgers*
   **M. CASEY RODGERS**
   **UNITED STATES DISTRICT JUDGE**