# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   CASE NOS.: 3:12cr31/MCR/EMT
             3:20cv5430/MCR/EMT

MARQUISE DEMETRIS JENKINS

_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 14, 2020.  ECF No. 231.  The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The "Motion to Vacate Judement [sic] under 28 U.S.C. § 2255 and Set Aside or Correct Sentence", ECF No. 228, is summarily **DENIED and DISMISSED** as untimely and without merit.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 17th day of June 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**